UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CATO SELLS, JR., <br><br> Petitioner, <br><br> v. <br><br> JUDGE GORDON L. GODFREY, PROSECUTOR H. STEWART MENEFEE, <br><br> Respondent. | No. C13-5634 RJB/KLS <br><br> ORDER TO SHOW CAUSE |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  On July 29, 2013, Petitioner filed a motion for leave to proceed *in forma pauperis* (IFP) and proposed petition for writ of habeas corpus.  ECF No. 1.  On August 1, 2013, the Court Clerk mailed a letter to Petitioner advising him that his filings were deficient because they were not submitted on this Court's forms.  The Clerk provided Petitioner with the correct forms to file a 28 U.S.C. § 2254 petition and IFP application.  ECF No. 3.  Petitioner was advised that he need not resubmit his affidavit with exhibits and attachments, but that he must submit his petition and IFP application on the forms provided by the Clerk by September 3, 2013.  *Id.*  Petitioner has not done so.

Accordingly, it is **ORDERED:**

(1) Petitioner shall submit the appropriate forms provided **on or before September 20, 2013.**  Failure to do so shall be deemed a failure to properly prosecute and the Court will recommend that this matter be dismissed.

ORDER TO SHOW CAUSE - 1

(2)	The Clerk is directed to send a copy of this Order to Petitioner.

**DATED** this 4th day of September, 2013.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER TO SHOW CAUSE  - 2